I.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYN LOVE JOY DUNN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 10, inclusive ,<br><br>Defendants. | Case No. 2:25-cv-06688-FMO-JC<br><br>**ORDER GRANTING STIPULATION [17] TO REMAND TO STATE COURT** |

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: August 29, 2025

/s/
HON. FERNANDO M. OLGUIN
UNITED STATE DISTRICT JUDGE